UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| PAMELA CASTON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION NO. |
| VS. ) | |
| ) | 3:21-CV-1890-G-BK |
| MCAFEE, ) | |
| ) | |
| Defendant. ) | |

### ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

United States Magistrate Judge Renée Harris Toliver made findings, conclusions and a recommendation in this case. No objections were filed. The court reviewed the proposed findings, conclusions and recommendation for plain error. Finding none, the court accepts the Findings, Conclusions and Recommendation of the United States Magistrate Judge. The defendant's motion to dismiss or, in the alternative, stay and compel arbitration (docket entry 8) is **GRANTED**, and the plaintiff's "denial of McAfee motion" (docket entry 10) is **DENIED**.

**SO ORDERED**.

May 8, 2022.

_____
**A. JOE FISH**
**Senior United States District Judge**