UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| PAMELA CASTON, )<br>)<br>   Plaintiff, )<br>)<br>VS. )<br>)<br>MCAFEE, )<br>)<br>   Defendant. ) | CIVIL ACTION NO.<br><br>3:21-CV-1890-G-BK |

## JUDGMENT

This action came on for consideration by the court, and the issues having been duly considered and a decision duly rendered,

It is **ORDERED**, **ADJUDGED**, and **DECREED** that the defendant's motion to dismiss or, in the alternative, stay and compel arbitration (docket entry 8) is **GRANTED**.

It is further **ORDERED** that the plaintiff's "denial of McAfee motion" (docket entry 10) is **DENIED**, and this case is **DISMISSED WITH PREJUDICE**.

It is further **ORDERED** that the Clerk of Court shall transmit a true copy of this Judgment and the order accepting the Findings, Conclusions and Recommendation of the United States Magistrate Judge, to counsel for the parties.

May 8, 2022.

_____
**A. JOE FISH**
**Senior United States District Judge**